Jeremy Lafitte
Lien Claimant
1426 Linden St
Oakland California ( 94607 )

THE DISTRICT COURT FOR THE UNITED STATES

In Rem: optional hazard bonds, all real and personal property, cash, bank accounts, movable property, investment accounts, stocks, bonds, within the territorial jurisdiction

Respondent / Lien Debtor

Case No.:

CV 23  80206

EMERGENCY ADMINISTRATIVE MOTION FOR LEAVE TO FILE ORIGINAL PETITION & ENTIRE PROCEEDING UNDER SEAL AND LEAVE FOR A JUDICIAL REVIEW OF FOREIGN ADMINISTRATIVE PROCEEDING

Application is hereby made by for an order permitting the Original Petition & Entire case to be filed under seal pursuant to Civ. L.R. 7-1 (c)(2) 7-11, Civ. L.R. 1-5 (k) (m), Civ. 79-5 (h) for the following reasons:

1. The original action is based on a foreign administrative procedure enforcing a maritime lien and arises under the general maritime law under private international law. The original action is not under the common law nor as a civil action in which case filings must be made public for public view and inspection being a case of public interest.

2. The foreign judgment / maritime lien submitted for enforcement and review arose out of a private administrative procedure outside of the United States. The foreign judgment did not arise under the laws of the United States nor under any State laws which in turn doesn't give the public an interest thereby requiring it to be filed for public view.

3. Maritime actions under Supplemental Rule C are strictly for enforcement of maritime liens by way of arrest/seizure of maritime property or a vessel that is the subject matter of a in rem proceeding, and can be only initiated by a private ex parte, application so that it's not known to the world or any interested party until the U.S. Marshals executes the writ against the property that is the subject of the action by actual or constructive seizure. These types of supplemental actions are likened to arrest warrant applications by law enforcement and the Foreign Intelligence Surveillance Court operations so that security interest is not compromised.

4. A true in rem action is one against the world thereby making it an exclusively private action and not a matter of public interest.

EMERGENCY ADMINISTRATIVE MOTION FOR LEAVE TO FILE ORIGINAL PETITION & ENTIRE PROCEEDING UNDER SEAL AND LEAVE FOR A JUDICIAL REVIEW OF FOREIGN ADMINISTRATIVE PROCEEDING - 1

5. Arrest Warrants applications in criminal actions and grand jury hearings are not made for public awareness in order to protect the interest, safety and confidentiality of witnesses, to not alert whomever the warrant or indictment may be against so that certain assets may not be hidden or sold and to stop persons from the possibility of fleeing among other reasons. Warrant applications and Grand jury hearings are always started under seal and a writ in rem in admiralty maritime under rule C is the same an arrest warrant and the procedures used by courts.

6. The exhibits attached to the original petition contain private confidential proprietary information of several different parties and trade secretes which if made for public view would prejudice certain interest, livelihoods, intellectual property rights and liberties. The exhibits are a memorial of the contract and disposition of the private administrative process.

This Application is made pursuant to Civ. L.R. 16-5 for a Judicial Review of the procedural fairness and due process afforded and used in the enforcement of the foreign administrative proceeding and its conformity with the civil rules of procedure and law of the land by giving fair Notice and Opportunity for reasons as follows:

7. Admir. L.R. 3-1(a) Fed.R.Civ.P.Supp.C gives access to lien holders to seek comity and recognition of a foreign administrative proceeding

8. Federal Civil Procedure Supplemental Rule C gives a right to have a judicial review when seeking enforcement of a maritime lien which the foreign administrative proceeding submitted for review is the enforcement of a maritime lien.

9. Judicial review of defects in administrative procedure refers to the process through which a court examines the actions, decisions, or procedures of administrative agencies or bodies to ensure they comply with the principles of fairness, legality, and due process. This review allows the court to assess whether the administrative agency's actions were within its legal authority, followed proper procedures, and reached a reasonable or lawful decision. Proper notice to affected parties about the proceedings or failure to give them an opportunity to be heard, may be considered a procedural defect.

EMERGENCY ADMINISTRATIVE MOTION FOR LEAVE TO FILE ORIGINAL PETITION & ENTIRE PROCEEDING UNDER SEAL AND LEAVE FOR A JUDICIAL REVIEW OF FOREIGN ADMINISTRATIVE PROCEEDING - 2

10. Fairness, Due process, Notice and Opportunity to be heard has in fact been afforded to all interested parties. No procedural defects are present in the record being presented for review.

11. The Court must review for procedural defects in due process only and is not entitled to subject matter jurisdiction over the substance of the term obligations. Once reviewed the court must declare the fairness in due process procedure only.

I do swear on my unlimited commercial liability that I have read the above application and do know the contents to be the truth, the whole truth and nothing but the truth.

Date 8/11/23

Lien Creditor / Petitioner Jeremy Lafitte

EMERGENCY ADMINISTRATIVE MOTION FOR LEAVE TO FILE ORIGINAL PETITION & ENTIRE PROCEEDING UNDER SEAL AND LEAVE FOR A JUDICIAL REVIEW OF FOREIGN ADMINISTRATIVE PROCEEDING - 3