DISTRICT COURT OF THE UNITED STATES

Case No.: 23-cv-04118-TLT



**ORDER GRANTING MOTION TO SEAL**

Upon consideration of the Petitioners Administrative Motion to Seal Original Petition, exhibits, administrative motion, and entire proceedings submitted on July    2023, and for good cause shown, the Court hereby ORDERS:

The Petitioners Administrative Motion to Seal Original Petition, exhibits, administrative motion, and entire proceedings is GRANTED.

The Original Petition, exhibits, administrative motion, and entire proceedings shall be filed under seal and shall be treated as confidential and restricted from public access.

Access to the sealed documents is limited to the parties to this litigation, t

In the event that the sealed documents are to be used in any other proceeding, the parties shall comply with the appropriate procedures for requesting access, in accordance with applicable law and court rules.

This Order shall not prejudice the right of any party to seek modification or dissolution of this Order for good cause shown.

The Clerk of Court is directed to take all necessary steps to effectuate this Order.

SO ORDERED.

[Judge's Signature]
[Judge's Name]
[Date]    September 5, 2023

*DENIED*
Judge Trina L. Thompson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

PLEADING TITLE - 1